UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23325-CV-WILLIAMS

DEXTER ETTIENNE-MODESTE,

    Plaintiff,

v.

STATE OF FLORIDA, *et al.*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 9) ("***Report***") on the Motion for Leave to Proceed *in forma pauperis* filed by Plaintiff Dexter Ettienne-Modeste ("***Plaintiff***") (DE 2) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be denied and the complaint be dismissed. (DE 9 at 1.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 9) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (DE 2) is **DENIED**.
3. The Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.
4. This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>29th</u> day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Dexter Ettienne-Modeste
1321 N.W. 13th Street
Miami, FL 33125
*Pro Se*